```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

ARTHUR DALE GARREN

vs.                              NO. 4:05CV00912 SWW

TODD MIZE

### JUDGMENT ON JURY VERDICT

This action came on for trial January 16, 2007, before the Court and a jury, the Honorable Susan Webber Wright, Judge, United States District Court, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on January 17, 2007, in favor of the plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that plaintiff Arthur Dale Garren have and recover of and from defendant Todd Mize the sum of $1.00.

Dated this 23rd day of January, 2007.

/s/ Susan Webber Wright

UNITED STATES DISTRICT JUDGE